FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 22 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shm DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. BECKSTEAD,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. CV 11-10622 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is reversed, and this matter is remanded for further proceedings not inconsistent with this Order pursuant to Sentence Four of 42 U.S.C. §405(g).

DATED: February 22, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE