1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 2 2 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___shm___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RICHARD M. BECKSTEAD,                    )   Case No. CV 11-10622 AN
                    Plaintiff,           )
                                         )   JUDGMENT
            v.                           )
                                         )
MICHAEL J. ASTRUE,                       )
COMMISSIONER OF SOCIAL                   )
SECURITY,                                )
                    Defendant.           )
_____)

    For the reasons set forth in the accompanying Order, it is hereby ADJUDGED
AND DECREED THAT the Commissioner's final decision is reversed, and this matter
is remanded for further proceedings not inconsistent with this Order pursuant to Sentence
Four of 42 U.S.C. §405(g).

DATED: February 22, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

Page 11