1  Vijay J. Patel
   Attorney at Law: 285585
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115Santa Fe Springs, CA 90670
3  Tel.: (562)868-5886
   Fax: (562)868-8868
4  E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Richard M. Beckstead

6

7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD M. BECKSTEAD, | Case No.: CV 11-10622 AN |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,800.00 as authorized by 28 U.S.C. § 2412 and costs in the amount of $350.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:    April 15, 2013

THE HONORABLE ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE

-1-