1  ~~Vijay J. Patel~~
   ~~Attorney at Law: 285585~~
2  ~~Law Offices of Lawrence D. Rohlfing~~
   ~~12631 East Imperial Highway, Suite C-115Santa Fe Springs, CA 90670~~
3  ~~Tel.: (562)868-5886~~
   ~~Fax: (562)868-8868~~
4  ~~E-mail: rohlfing.office@rohlfinglaw.com~~

5  ~~Attorneys for Plaintiff~~
   ~~Richard M. Beckstead~~
6

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 15 2013

CENTRAL DISTRICT OF CALIFORNIA
BY         DEPUTY

7

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10  RICHARD M. BECKSTEAD,              )  Case No.: CV 11-10622 AN
                                       )
11              Plaintiff,             )  ~~[PROPOSED]~~ ORDER AWARDING
                                       )  EQUAL ACCESS TO JUSTICE ACT
12      vs.                            )  ATTORNEY FEES AND EXPENSES
                                       )  PURSUANT TO 28 U.S.C. § 2412(d)
13  CAROLYN W. COLVIN, Acting          )  AND COSTS PURSUANT TO 28
    Commissioner of Social Security,   )  U.S.C. § 1920
14                                     )
                Defendant              )
15                                     )
    _____)
16

17      Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19      IT IS ORDERED that fees and expenses in the amount of $5,800.00 as

20  authorized by 28 U.S.C. § 2412 and costs in the amount of $350.00 as authorized

21  by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

22

23  DATE:    April 15, 2013          [signature]

24

25                      THE HONORABLE ARTHUR NAKAZATO
                        UNITED STATES MAGISTRATE JUDGE
26